IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| PAUL A. FAIRCHILD, ) | |
| INONA R. FAIRCHILD, ) | Bankruptcy No. 10-02593 |
| ) | |
| Debtors. ) | |

### ORDER RE MOTION TO DISMISS

The above captioned matter came on for hearing on June 22, 2011, in Independence, Iowa, on Debtors' Motion to Dismiss this Chapter 13 case. The Motion to Dismiss is not resisted by any party. The Court finds that it is in the best interests of the creditors and the estate that this Motion be granted.

**WHEREFORE**, without objection, the Debtors' Motion to Dismiss is GRANTED, and this case is DISMISSED.

Dated and Entered: June 23, 2011

_____
Paul J. Kilburg, U.S. Bankruptcy Judge